IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BENJAMIN W. FAWLEY,

    Petitioner,

v.                                                                                                         No. 2:20-cv-01236-KWR-GJF

MICHELLE LUJAN GRISHAM, *et al*,

    Respondents.

## FINAL JUDGMENT

**PURSUANT TO** Fed. R. Civ. P. 58(a), and consistent with the Memorandum Opinion and Order (**Doc. 10**) filed **January 30, 2023**, the Court issues its separate judgment finally disposing of this case.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Petitioner Benjamin Fawley's Amended 28 U.S.C. § 2241 Habeas Corpus Petition (**Doc. 3**) is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**